# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0077.  BRUMBELOW v. BODIFORD, JUDGE.**

"[T]he writ of mandamus is an extraordinary remedy available in limited circumstances to compel action by a public officer when there is no other adequate legal remedy." *Rabun County v. Mountain Creek Estates*, 280 Ga. 855, 857-858 (1) (632 SE2d 140) (2006); see OCGA § 9-6-20. Here, Brumbelow fails to provide this Court with any documents supporting his position, including the complained of Cobb County restriction on filings by indigent litigants. We cannot grant relief solely based on Brumbelow's allegations, and Brumbelow may file an action to develop a record in the trial court.  Accordingly, Brumbelow's petition for writ of mandamus is DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  03/04/2025*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*